# TRANSMISSION FORM

| | |
|---|---|
| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: C-1-01-834 | Court of Appeals Case No: |
| SHORT CAPTION | 03-3903 |
| * H. Michael Vonderheide | Case Manager: |
| Plaintiff/Petitioner<br><br>vs.<br><br>Internal Revenue Service<br><br>Defendant/Respondent<br><br>H. Michael Vonderheide<br>6918 Pinoak Drive<br>North College Hill, Ohio 45239<br><br>*provide pro se address IF NOT on the docket sheet | Date Filed: |
| District Court Judge: S. Arthur Spiegel<br><br>Court Reporter(s): | Anything That Needs Special Attention<br>Notice of Appeal (doc.#17) from Order (doc.#12) entered by the Court on Mar. 31, 2003 |
| From Deputy Clerk: Arthur Hill  /s/ Arthur Hill<br><br>Date: 10/1/2003 | |
| $105.00 Appeal Filing Fee Paid?  Yes | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **Document#'s 1-19**   Volume(s) **(1) One**

Deposition(s)   Volume(s)         Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)         **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
        United States District Court