UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

05 MAR 25 AM 11:45

No: 03-3903

Filed: March 24, 2005

H. MICHAEL VONDERHEIDE

    Plaintiff - Appellant

1:01 cv 834

v.

INTERNAL REVENUE SERVICE

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed \*\*/\*\*/\*\* the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk