**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: March 25, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-3903
Vonderheide vs. IRS
District Court No. 01-00834

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3903] . Volumes included: 1 Pl;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_[signature]_
Name and Title of Authorized Agent for
the District Court or Government Agency

3/30/05
Date

Very truly yours,
Leonard Green, Clerk
_[signature]_
Michelle R. Senger
Records Management Deputy